NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., | Civil Action No.: 13-4796 |
| Plaintiff, | |
| v. | **ORDER** |
| CPK, INC., *et al.*, | |
| Defendants. | |

**CECCHI, District Judge.**

Before the Court is Plaintiff's motion for Default Judgment under Fed. R. Civ. P. 55(b) against Defendants. (ECF No. 6). The Court decides the motion without oral argument pursuant to Fed. R. Civ. P. 78. For the reasons set forth in the corresponding opinion

IT IS on this 10 day of June, 2014:

ORDERED that Plaintiff's motion for Default Judgment under Fed. R. Civ. P. 55(b) is denied; and it is further

ORDERED that the clerk's entry of default against Defendants is vacated; and it is further

ORDERED that Plaintiff shall submit papers within thirty (30) days indicating either (1) that service was made within the time period prescribed by Fed. R. Civ. P. 4(m) or (2) good cause for the failure to serve Defendants within the allotted time.

SO ORDERED.

**CLAIRE C. CECCHI, U.S.D.J.**